925 F.2d 415
 Anderson (Phillip B.), Institute of Technology and Society, Inc.
v.
Alcoa, Aluminum Company of America, U.S. Steel, Mellon
(Richard), University of Pittsburgh/ Executive
Manamgement/and Director of Physical Plant, Giant Eagle
Markets, Commonwealth Court of Pennsylvania, Heinz Hall for
the Performing Arts/ Pittsburgh Symphony Society, Inc.,
Craig (Don), Marasco (Ms. Angela), Chief Clerk Traffic
Court, City of Pittsburgh, Doe (Joe, Jane), City Traffic Court, Pitts.
 NO. 90-3374
 United States Court of Appeals,
Third Circuit.
 JAN 29, 1991
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.